IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


| | | |
|---|---|---|
| **MARY BOURGEOIS,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **Civil Action 10-0626-KD-N** |
| **WELLS FARGO BANK, N.A.,** | : | |
| **et al.,** | | |
| | : | |
| **Defendants.** | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 16, 2011 is **ADOPTED** as the opinion of this Court.

**DONE** this the 9th day of March, 2011.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE